ELIZABETH M. PHAIR, appellant,

*v.*

HENRY J. MELOSH et al., exrs., &c., respondents.

[Decided January 25th, 1940.]

*Mr. Fred A. Lorentz (Mr. Merritt Lane,* of counsel), for the appellant.

*Messrs. Melosh, Morten & Melosh (Mr. Louis ·G. Morten,* of counsel), for the respondent Henry J. Melosh, executor.

*Messrs. Collins & Corbin (Mr. Edward A. Markley* and *Mr. Raymond J. Lamb,* of counsel), for the respondent Louise W. Melosh, executrix.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *125 N. J. Eq. 497.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.